**JS-6**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GURWINDER SINGH,

Petitioner,

v.

MARK BOWEN, et al.,

Respondents.

Case No. 5:25-cv-03322-ODW-AYP

JUDGMENT

Upon consideration of Petitioner's Reply and Request for Dismissal ("Request for Dismissal") (Dkt. No. 15), good cause appearing, it is hereby ORDERED that the Request for Dismissal be GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2), and the instant petition be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: August 11, 2026

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE